18571. REDWINE, State Revenue Commr., *v.* BROWNE-VINTNERS Co., INC.

DUCKWORTH, Chief Justice. In all material respects this case is identical with *Redwine* v. *Schenley Industries,* ante, except that no plea of estoppel is here involved; consequently the ruling in division 1 of that decision is controlling here and requires a judgment of affirmance.

*Judgment affirmed. All the Justices concur, except Head, J., who dissents.*

ARGUED MAY 11, 1954—DECIDED JUNE 14, 1954.

*Eugene Cook,* Attorney-General, *George E. Sims, Jr., F. Douglas King,* Assistant Attorneys-General, *John W. Wilcox, Jr.,* for plaintiff in error.

*Sutherland, Asbill & Brennan, James H. Wilson, Jr.,* contra.